UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

JAQUAN DEAS,

              Defendant.

17-CR-719 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

As stated at the teleconference held today, the next conference in this case is scheduled for August 11, 2021 at 12:00 p.m.

SO ORDERED.

Dated: June 23, 2021
      New York, New York

                                        John G. Koeltl
                                   United States District Judge