**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Jaquan Deas**, 17 Cr. 719 (JGK)

Dear Judge Koeltl:

    The parties jointly write to request an adjournment of the conference concerning defendant Jaquan Deas's alleged violations of supervised release that is scheduled for November 23, 2021. On June 23, 2021, the defendant was presented and arraigned on violations of his supervised release, including violations that relate to two pending state cases. The charges in one of those state cases—which relate to specifications two through six in the defendant's VOSR report—have been dismissed. The defendant is scheduled to appear in connection with his other state case on November 29, 2021. The parties, and the United States Probation Department, do not have any other material updates to provide the Court at this time. Accordingly, the parties respectfully request that the conference in this case be adjourned for approximately 60 days at which time the parties may have additional information about the defendant's pending state court proceedings.

*[Handwritten: Adjourned to present, January 18, 2022, at 4:30 PM. SO ORDERED. /s/ J.G. Koeltl USDJ 11/22/21]*

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Elinor L. Tarlow
Elinor L. Tarlow
Assistant United States Attorney
(212) 637-1036