# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2022

**BY ECF AND EMAIL**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Room 1330
New York, New York 10007

**Re:   United States v. Jaquan Deas**
      **17 Cr. 719 (JGK)**

Dear Judge Koeltl:

This letter is respectfully submitted on behalf of my client, Jaquan Deas, to request an adjournment of the violation of supervised release hearing currently scheduled for Monday, January 31, 2022. I am currently engaged on trial in the matter of United States v. Michael Avenatti, 19 Cr. 373 (JMF) before the Honorable Jesse M. Furman. It is anticipated that the trial will end possibly on Thursday or Friday, February 3rd or 4th, 2022.

Thank you for your consideration of this request.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender

*Application granted.*
*Hearing adjourned*
*to 2/8/22 at 2:00 P.M.*

SO ORDERED:

**HONORABLE JOHN G. KOELTL**
1/28/22 United States District Judge

cc:   Elinor Tarlow, Esq.,
      Assistant United States Attorney