UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                              17 cr 719 (JGK)

JAQUAN DEAS,                                                 **ORDER**
                       Defendant.
-----------------------------------------------------------X

The conference scheduled for February 8, 2022, at 2:00pm, is **adjourned to Wednesday, March 23, 2022, at 2:30pm**.

**SO ORDERED.**

                                                                             **JOHN G. KOELTL**
                                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          February 3, 2022